IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWIN BONILLA<br><br>v.<br><br>RED BEAN SYSTEM, INC.<br><br>And<br><br>OY CHANGSIRLA | Civil Action No. 14-0342 (BAH)<br>Judge: Beryl A. Howell |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

With the active assistance of experienced counsel, the parties have reached a fair and reasonable arms-length resolution of the disputed claims in the above referenced action. As such, the parties hereby stipulate pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that this civil action be and is hereby dismissed with prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted,

   /s/ Gregg C. Greenberg
Gregg C. Greenberg, Esq.
Counsel for Plaintiff
MD Bar # 17291
Zipin, Amster & Greenberg, LLC
836 Bonifant Street
Silver Spring MD 20910
301-587-9373
301-587-9397 (fax)
ggreenberg@zagfirm.com

   /s/ Michael R. Strong
Michael R. Strong, Esq.
Counsel for Defendants
VSB# 19750
DC Bar # 481134
The Strong Law Firm, P.C.
101 W. Broad St. Suite 110
Falls Church, VA 22046

703-204-2040
703-204-1979 (fax)
mstrong@stronglawfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of January, 2015, a true and correct copy of the foregoing Notice of Dismissal, With Prejudice was served by electronic mail on counsel for the Defendant:

Michael R. Strong, Esq.
The Strong Law Firm, P.C.
101 W. Broad St. Suite 110
Falls Church, VA 22046
Email:  mstrong@stronglawfirm.com

    /s/   Gregg C. Greenberg
Gregg C. Greenberg